PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.  )<br>)<br>**Amelia Villa ESPINOZA** )<br>) | **Docket Number:  1:93CR5217-003** |

On September 12, 1994, the above-named was placed on Supervised Release for a period of 5 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL
Senior United States Probation Officer**

Dated:          January 31, 2008
                Bakersfield, California
                FE:dk

                    /s/ Rick C. Louviere
**REVIEWED BY:** _____
                **RICK C. LOUVIERE
                Supervising United States Probation Officer**

**Re:    Amelia Villa ESPINOZA**
**       Docket Number:   1:93CR5217-003**
**       ORDER TERMINATING SUPERVISED RELEASE**
**       PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised release be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    February 21, 2008**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG